# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Operating Engineers Local #49 Health and       Civil No. 09-1761 (RHK/FLN)
Welfare Fund and Central Pension Fund of the
International Union of Operating Engineers and
Participating Employers, Local #49 International
Union of Operating Engineers and Associated General
Contractors of Minnesota Apprenticeship and Training
Program, and their Trustees,

          Plaintiffs,

vs.                                           **ORDER DISMISSING**
                                                  **BRYON D. ABEL**

Charles E. DeGrood d/b/a Executive Grading,
and Bryon D. Abel, individually,

          Defendants.
_____


Pursuant to the Notice of Voluntary Dismissal (Doc. No. 4), **IT IS ORDERED**

that Defendant Bryon D. Abel is hereby **DISMISSED WITHOUT PREJUDICE** from

the above-entitled matter, without costs to either party.


Dated: November 3, 2009


                               s/Richard H. Kyle _____
                               RICHARD H. KYLE
                               United States District Judge